NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**SMITH & NEPHEW INCORPORATED, JOHN O. HAYHURST, M.D.,**
*Plaintiffs-Appellees*

v.

**ARTHREX, INCORPORATED,**
*Defendant-Appellant*

———————————

2014-1729

———————————

Appeal from the United States District Court for the District of Oregon in No. 3:04-cv-00029-MO, Judge Michael W. Mosman.

———————————

**JUDGMENT**

———————————

JOHN MICHAEL SKENYON, Fish & Richardson P.C., Boston, MA, argued for plaintiffs-appellees. Also represented by MARK JOSEPH HEBERT, I.

CHARLES W. SABER, Dickstein Shapiro LLP, Washington, DC, argued for defendant-appellant. Also represented by SALVATORE P. TAMBURO, MEGAN S. WOODWORTH, S. GREGORY HERRMAN.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (LOURIE, DYK, and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| March 18, 2015 | /s/  Daniel  E.  O'Toole |
|---|---|
| Date | Daniel E. O'Toole |
| | Clerk of Court |